OPINION — AG — THE SHERIFF IS ENTITLED TO BE PAID BY THE COUNTY NOT TO EXCEED ONE DOLLAR PER DAY FOR EACH OF THE FIRST FIVE PRISONER (FEEDING, HOUSING) PLUS NOT TO EXCEED EIGHTY FIVE CENTS PER DAY EACH OF THE NEXT FIVE PRISONERS, PLUS NOT TO EXCEED SIXTY CENTS PER PRISONER IN EXCESS OF TEN, WHO ARE KEPT, FED AND MAINTAINED BY THE SHERIFF. CITE: 19 O.S.H. 180.43, OPINION NO. APRIL 26, 1951 — MILLS, OPINION NO. FEBRUARY 14, 1952 — BREWER (RICHARD HUFF)